No. 25-2108

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*,

*Plaintiffs-Appellees,*

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of
Elections, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of Virginia

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF
AND JOINT APPENDIX**

CHARLES J. COOPER
BRADLEY L. LARSON
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600 – Telephone
(202) 220-9601 – Facsimile
ccooper@cooperkirk.com
blarson@cooperkirk.com

October 21, 2025

JASON S. MIYARES
  *Attorney General*

KEVIN M. GALLAGHER
  *Solicitor General*

THOMAS J. SANFORD
  *Deputy Attorney General*

GRAHAM K. BRYANT
  *Principal Deputy Solicitor General*

MEREDITH L. BAKER
  *Deputy Solicitor General*

JESSICA X. TONG
  *John Marshall Fellow*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
solicitorgeneral@oag.state.va.us

*Counsel for Appellants*

Pursuant to Local Rule 31(c), Appellants respectfully request a 30-day extension of time within which to file their opening brief and joint appendix,[1] which would extend the deadline from November 12, 2025, to Friday, December 12, 2025. Counsel for Appellees oppose this motion, stating that they "are sensitive to Appellants' and your office's election-related and other demands and would not oppose an extension if Appellants" would be willing to expedite certain discovery in the district court proceeding.

Good cause exists for the extension, and this motion is not made for any improper purpose or delay. Appellants are Virginia election officials and the Attorney General of Virginia, and the current deadline for the opening brief and joint appendix falls mere days after Virginia's

---

[1] On October 2, 2025, this Court entered a briefing order setting the due date for Appellants' opening brief and joint appendix as November 12, 2025. ECF No. 15.

statewide election concludes on Election Day, November 4, 2025. Granting this extension will enable Appellants to devote appropriate time and resources to the election.

Moreover, an extension is necessary to accommodate scheduling conflicts with other matters, including response briefs due in this Court in *Whateley v. Lackey*, No. 25-1751, on November 3, 2025, and *Roberts v. Engelke*, No. 22-6411, on November 10, 2025. Other conflicts include an oral argument on a motion for summary judgment in the United States District Court for the Eastern District of Virginia in *King v. Youngkin*, No. 3:23-cv-408, on October 23, 2025; an oral argument in the Supreme Court of Virginia in *Stimson v. Lucas*, No. 250736, on October 30, 2025; a response brief due in the Supreme Court of Virginia in *Ginevan v. Commonwealth*, No. 250051, on November 10, 2025; and a reply brief due in the Supreme Court of Virginia in *Commonwealth v. Mattocks*, No. 250586, on November 11, 2025.

Developments in the district court during the pendency of this interlocutory appeal further warrant an extension of time. Given that this interlocutory sovereign-immunity appeal automatically divests the district court of jurisdiction over broad swaths of the issues in this case,

2

Appellants moved for a stay of the district court proceedings pending resolution of this appeal. Dkt. 166. Although the motion has been fully briefed for weeks, the district court has not yet ruled on the motion. Additionally, despite the pendency of this interlocutory appeal and motion to stay—and weeks after Appellants filed both the appeal and motion to stay—Appellees moved for leave to file a second amended complaint adding new plaintiffs and including new allegations. Dkt. 172. This motion spawned further briefing and a hearing, with the district court ultimately granting leave to amend on October 17, 2025. Dkt. 179. Consequently, Appellants face substantial additional litigation in the district court during the current briefing period, including filing appropriate responsive pleadings, over and above the discovery that was already proceeding. An extension would facilitate Appellants' ability to protect their interests in the district court while simultaneously prosecuting this interlocutory appeal.

For these reasons, Appellants respectfully request a 30-day extension of time to file their opening brief and joint appendix—from November 12, 2025, to December 12, 2025.

Respectfully submitted,

SUSAN BEALS, in her official capacity as Virginia
Commissioner of Elections;
JOHN O'BANNON, in his official capacity as
Chairman of the State Board of Elections;
ROSALYN R. DANCE, in her official capacity as
Vice-Chairman of the State Board of Elections;
GEORGIA ALVIS-LONG, in her official capacity as
Secretary of the State Board of Elections;
CHRISTOPHER P. STOLLE, in his official capacity
as a member of the State Board of Elections;
JOHN CHAPMAN PETERSEN, in his official
capacity as a member of the State Board of
Elections; and
JASON S. MIYARES, in his official capacity as
Virginia Attorney General

By:      */s/ Kevin M. Gallagher*
        KEVIN M. GALLAGHER
        *Solicitor General*

| | |
|---|---|
| JASON S. MIYARES<br> *Attorney General* | THOMAS J. SANFORD<br> *Deputy Attorney General* |
| | GRAHAM K. BRYANT<br> *Principal Deputy Solicitor General* |
| CHARLES J. COOPER<br>BRADLEY L. LARSON<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 20036<br>(202) 220-9600 – Telephone<br>(202) 220-9601 – Facsimile<br>ccooper@cooperkirk.com<br>blarson@cooperkirk.com | MEREDITH L. BAKER<br> *Deputy Solicitor General*<br><br>JESSICA X. TONG<br> *John Marshall Fellow*<br><br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-2071 – Telephone<br>(804) 786-1991 – Facsimile<br>solicitorgeneral@oag.state.va.us |
| October 21, 2025 | *Counsel for Defendants-Appellants* |

## CERTIFICATE OF SERVICE

I certify that on October 21, 2025, I electronically filed the foregoing

brief with the Clerk of this Court by using the appellate CM/ECF system.

The participants in the case are registered CM/ECF users and service

will be accomplished by the appellate CM/ECF system.

*/s/ Kevin M. Gallagher*
KEVIN M. GALLAGHER
  *Solicitor General*