FILED: January 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2108
(1:24-cv-01778-PTG-WBP)

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER

        Plaintiffs - Appellees

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; CHRISTOPHER P. STOLLE, in his official capacity as a member of the State Board of Elections; JOHN CHAPMAN PETERSEN, in his official capacity as a member of the State Board of Elections; JAY JONES, in his official capacity as Virginia Attorney General

        Defendants - Appellants

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 02/17/2026 . Any further request for an extension of time in which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk