No. 25-2108

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*,

*Plaintiffs-Appellees*,

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Eastern District of Virginia

**SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Jay Jones
  *Attorney General*

Gretchen E. Nygaard
  *Deputy Attorney General*

February 6, 2026

Tillman J. Breckenridge
  *Solicitor General*

R. Trent Taylor
  *Deputy Solicitor General*

Mikaela A. Phillips
  *Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
solicitorgeneral@oag.state.va.us
*Counsel for Appellants*

Pursuant to Local Rule 31(c), Appellants respectfully request an additional 30-day extension of time within which to file their reply brief,[1] which would extend the deadline from February 17, 2026, to March 19, 2026. Counsel for Appellees do not consent to this motion.

Good cause exists for the extension, and this motion is not made for any improper purpose or delay. Counsel for Appellants and Appellees have been involved in settlement discussions that may resolve this case. Granting this extension will enable Appellants to focus their efforts on settlement rather than on completing their reply brief.

For this reason, Appellants respectfully request a 30-day extension of time to file their reply brief—from February 17, 2026, to March 19, 2026.

---

[1] On October 22, 2025, this Court entered a briefing order setting the due date for Appellants' reply brief as 21 days after service of the response brief, which occurred on January 12, 2026. ECF No. 19. On January 27, 2026, this Court granted Appellants' motion to extend filing time, setting the due date for a reply brief as February 17, 2026. ECF No. 39.

1

Respectfully submitted,

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; CHRISTOPHER P. STOLLE, in his official capacity as a member of the State Board of Elections; JOHN CHAPMAN PETERSEN, in his official capacity as a member of the State Board of Elections; and JAY JONES, in his official capacity as Virginia Attorney General

By:   */s/ R. Trent Taylor*
TILLMAN J. BRECKENRIDGE
  *Solicitor General*

JAY JONES
  *Attorney General*

R. TRENT TAYLOR
  *Deputy Solicitor General*

GRETCHEN E. NYGAARD
  *Deputy Attorney General*

MIKAELA PHILLIPS
  *Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
solicitorgeneral@oag.state.va.us

February 6, 2026

*Counsel for Defendants-Appellants*

2

# CERTIFICATE OF SERVICE

I certify that on February 6, 2026, I electronically filed the foregoing brief with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ R. Trent Taylor*
R. TRENT TAYLOR
 *Deputy Solicitor General*
