No. 25-2108

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*,

*Plaintiffs/Appellees,*

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections, *et al.*,

*Defendants/Appellants.*

_____

On Appeal from the United States District Court
for the Eastern District of Virginia, Alexandria Division

## RESPONSE IN OPPOSITION TO SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY

Ryan Snow
Javon Davis
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, DC 20005
(202) 662-8600
rsnow@lawyerscommittee.org
jdavis@lawyerscommittee.org

/s/ Katherine Hamilton
Katherine Hamilton
Danielle Lang
Brent Ferguson
Simone Leeper
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
khamilton@campaignlegalcenter.org
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
sleeper@campaignlegalcenter.org

Orion Danjuma
John Paredes
THE PROTECT DEMOCRACY PROJECT, INC.
82 Nassau Street, # 601
New York, NY 10038
Telephone: (202) 579-4582
orion.danjuma@protectdemocracy.org
john.paredes@protectdemocracy.org

Benjamin L. Berwick
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Anna Dorman
THE PROTECT DEMOCRACY PROJECT, INC.
200 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
anna.dorman@protectdemocracy.org

John Powers
Hani Mirza
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850
Washington, D.C. 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

*Attorneys for Plaintiff-Appellees Virginia Coalition for Immigrant Rights, the League of Women Voters of Virginia, African Communities Together, Rina Shaw, and Genet Shiferaw*

Local Rule 31(c) provides that "[e]xtensions will be granted only when extraordinary circumstances exist." Because Appellants have come nowhere near making such a showing, and because an extension would harm Appellees, this Court should deny Appellants' request for a second extension of time to file their reply brief. This Court already granted Appellants a 14-day extension of the same deadline, which Appellants requested in light of the change in administration and need for the new attorneys to familiarize themselves with the case. ECF No. 38.

This time, Appellants cite no such need. Rather, they claim that an extension is necessary because "Counsel for Appellants and Appellees have been involved in settlement discussions that may resolve this case." ECF No. 42 at 1. "Granting this extension," they claim, "will enable Appellants to focus their efforts on settlement rather than on completing their reply brief." *Id.* But settlement discussions have not resolved the case, and at any rate the Solicitor General's office has not been present for those discussions. The discussions thus in no way constitute the "extraordinary circumstances" meriting the extension Appellants seek.

Moreover, further delaying the resolution of this interlocutory appeal will cause significant harm to Appellees. Appellants have requested to stay proceedings pending the resolution of this appeal, ECF No. 166. The district court has not yet ruled on that request, and Appellants have declined to withdraw it. While the request is pending, Appellees are unable to conduct discovery concerning either the Attorney

1

General or their claim that the Purge Program violates the National Voter Registration Act's prohibition on systematic voter purges within a 90-Day Quiet Period before federal elections. ECF No. 184.

With another Quiet Period set to begin next month, Appellants' Purge Program remains in effect. There is therefore considerable risk that Virginians will be unlawfully disenfranchised yet again in the leadup to the 2026 elections if this case is not expeditiously resolved. This Court should reject Appellants' dilatory tactic and deny their request for a second extension of their deadline.

Date: February 8, 2026                                   Respectfully submitted,

| | |
|---|---|
| Ryan Snow | /s/ Katherine Hamilton |
| Javon Davis | Katherine Hamilton |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW | Danielle Lang |
| | Brent Ferguson |
| 1500 K Street, NW, Ste. 900 | Simone Leeper |
| Washington, DC 20005 | CAMPAIGN LEGAL CENTER |
| (202) 662-8600 | 1101 14th Street NW, Suite 400 |
| rsnow@lawyerscommittee.org | Washington, DC 20005 |
| jdavis@lawyerscommittee.org | Tel: (202) 736-2200 |
| | khamilton@campaignlegalcenter.org |
| | dlang@campaignlegalcenter.org |
| | bferguson@campaignlegalcenter.org |
| | sleeper@campaignlegalcenter.org |

2

| | |
|---|---|
| Orion Danjuma<br>John Paredes<br>THE PROTECT DEMOCRACY PROJECT, INC.<br>82 Nassau Street, # 601<br>New York, NY 10038<br>Telephone: (202) 579-4582<br>orion.danjuma@protectdemocracy.org<br>john.paredes@protectdemocracy.org | John Powers<br>Hani Mirza<br>ADVANCEMENT PROJECT<br>1220 L Street Northwest, Suite 850<br>Washington, D.C. 20005<br>(202) 728-9557<br>jpowers@advancementproject.org<br>hmirza@advancementproject.org |
| Benjamin L. Berwick<br>THE PROTECT DEMOCRACY PROJECT, INC.<br>15 Main Street, Suite 312<br>Watertown, MA 02472<br>(202) 579-4582<br>ben.berwick@protectdemocracy.org | *Attorneys for Plaintiff-Appellees Virginia Coalition for Immigrant Rights, the League of Women Voters of Virginia, African Communities Together, Rina Shaw, and Genet Shiferaw* |
| Anna Dorman<br>THE PROTECT DEMOCRACY PROJECT, INC.<br>200 Pennsylvania Ave. NW, Suite # 163<br>Washington, DC 20006<br>Telephone: (202) 579-4582<br>anna.dorman@protectdemocracy.org | |

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 336 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word in Times New Roman 14-point font, a proportionally spaced typeface.

/s/ Katherine Hamilton
Katherine Hamilton

## CERTIFICATE OF SERVICE

I certify that on February 8, 2026, I electronically filed the foregoing brief with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Katherine Hamilton<br>
Katherine Hamilton