No. 25-2108

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*,

*Plaintiffs-Appellees,*

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of
Elections, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of Virginia

**REPLY IN SUPPORT OF
SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY**

JAY JONES
 *Attorney General*

GRETCHEN E. NYGAARD
 *Deputy Attorney General*

February 9, 2026

TILLMAN J. BRECKENRIDGE
 *Solicitor General*

R. TRENT TAYLOR
 *Deputy Solicitor General*

MIKAELA A. PHILLIPS
 *Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
solicitorgeneral@oag.state.va.us
*Counsel for Appellants*

Appellants reply in support of their motion for an extension of time to file their Reply Brief only to correct a misstatement by VCIR and note the lack of prejudice arising from an extension. Appellants remain hopeful that the parties can resolve this matter, and to the extent VCIR suggests that the Office of the Solicitor General has been dishonest in stating that it is involved in the settlement, Appellants reply to state that assertion is false. VCIR's presumption is based on its observation that "the Solicitor General's office has not been present for those discussions." But the Solicitor General is actively involved in the Government's planning in working toward a settlement, and it is disappointing to see a party claiming otherwise based solely on the bit of the settlement planning process it has seen.

In either event, VCIR has not established any prejudice and it has given no reason for its vociferous opposition other than an unfounded assertion of "harm" from delay. The Court has tentatively set the case for argument in May, so an extension of the Reply Brief deadline into March should have no effect "delaying the resolution of this interlocutory appeal." There only would be delay if the Court takes the argument off the calendar in light of ongoing settlement discussions.

Resolution of this case would benefit from Appellants focusing their efforts on developing an appropriate resolution, and there is no prejudice to VCIR from an extension. Therefore, Appellants request that the Court grant the motion for an extension.

Respectfully submitted,

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; CHRISTOPHER P. STOLLE, in his official capacity as a member of the State Board of Elections; JOHN CHAPMAN PETERSEN, in his official capacity as a member of the State Board of Elections; and JAY JONES, in his official capacity as Virginia Attorney General

By: */s/ R. Trent Taylor*
TILLMAN J. BRECKENRIDGE
*Solicitor General*

JAY JONES
 *Attorney General*
GRETCHEN E. NYGAARD
 *Deputy Attorney General*

R. TRENT TAYLOR
 *Deputy Solicitor General*
MIKAELA PHILLIPS
 *Assistant Solicitor General*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
solicitorgeneral@oag.state.va.us

February 9, 2026

*Counsel for Defendants-Appellants*

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2026, I electronically filed the foregoing brief with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ R. Trent Taylor*
R. TRENT TAYLOR
*Deputy Solicitor General*