FILED:  April 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2108
(1:24-cv-01778-PTG-WBP)

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN
VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA
EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER

       Plaintiffs - Appellees

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections;
JOHN O'BANNON, in his official capacity as Chairman of the State Board of
Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of
the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity
as Secretary of the State Board of Elections; CHRISTOPHER P. STOLLE, in his
official capacity as a member of the State Board of Elections; JOHN CHAPMAN
PETERSEN, in his official capacity as a member of the State Board of Elections;
JAY JONES, in his official capacity as Virginia Attorney General

       Defendants - Appellants

_____

O R D E R

_____

This case is calendared for oral argument on May 6, 2026.

The parties are directed to file supplemental briefs answering the following

question:

Whether filing the Second Amended Complaint nullified the First Amended Complaint and thereby mooted any appeal stemming from the First Amended Complaint, as the Ninth Circuit held in *Falck Northern California Corp. v. Scott Griffith Collaborative Solutions, LLC*, 25 F.4th 763 (9th Cir. 2022).

The parties shall file an electronic version and four paper copies of their supplemental briefs no later than the close of business on April 27, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk