FILED: April 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2108
(1:24-cv-01778-PTG-WBP)

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN
VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA
EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER

        Plaintiffs - Appellees

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections;
JOHN O'BANNON, in his official capacity as Chairman of the State Board of
Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of
the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity
as Secretary of the State Board of Elections; CHRISTOPHER P. STOLLE, in his
official capacity as a member of the State Board of Elections; JOHN CHAPMAN
PETERSEN, in his official capacity as a member of the State Board of Elections;
JAY JONES, in his official capacity as Virginia Attorney General

        Defendants - Appellants

_____

O R D E R

_____

This case is scheduled for oral argument on May 6, 2026.

On April 17, 2026, the plaintiffs and defendants in this action filed a

"Stipulation of Dismissal" in the district court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Va. Coal. for Immigrant Rights v. Beals*, No. 1:24-cv-01778 (E.D. Va. Apr. 17, 2026), ECF No. 252 (the "Stipulation of Dismissal"). The district court thereupon adopted the Stipulation of Dismissal on April 20, 2026. *See Va. Coal. for Immigrant Rights v. Beals*, No. 1:24-cv-01778 (E.D. Va. Apr. 17, 2026), ECF No. 253. In light of this development, the parties are hereby directed to file supplemental briefs addressing what impact, if any, the Stipulation of Dismissal has on this yet-pending collateral order appeal?

The parties shall file an electronic version and four paper copies of their supplemental briefs no later than the close of business on April 27, 2026. Alternatively, if this appeal is now mooted by the Stipulation of Dismissal, then the parties may file in this Court an appropriate submission under Federal Rule of Appellate Procedure 42. In that case, the filing of supplemental briefs would not be necessary.

For the Court

/s/ Nwamaka Anowi, Clerk