FILED: April 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2108
(1:24-cv-01778-PTG-WBP)

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN
VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA
EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER

     Plaintiffs - Appellees

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections;
JOHN O'BANNON, in his official capacity as Chairman of the State Board of
Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of
the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity
as Secretary of the State Board of Elections; CHRISTOPHER P. STOLLE, in his
official capacity as a member of the State Board of Elections; JOHN CHAPMAN
PETERSEN, in his official capacity as a member of the State Board of Elections;
JAY JONES, in his official capacity as Virginia Attorney General

     Defendants - Appellants

_____

O R D E R

_____

This case is scheduled for oral argument on May 6, 2026.

Upon consideration of the joint motion to dismiss this appeal pursuant to Rule

42(b)(1) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court removes this matter from the oral argument calendar and grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk